IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS ANTONIO SATTERFIELD,  )
                             )
            Plaintiff,       )
                             )
      v.                     )     1:23CV1024
                             )
JAMES F. SEIFERT,            )
                             )
            Defendant(s).    )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted what the Court treated as a civil rights action pursuant to 42 U.S.C. § 1983 based on allegations of excessive force and other violations of his rights. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed and signed by Plaintiff, to permit review.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d).

Consequently, the Complaint would ordinarily be dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. However, Plaintiff already has an action against the same Defendant based on the same events in case 1:23CV143. If he seeks to raise additional claims, he should seek

to amend his Complaint in that case. Plaintiff also seeks to challenge the validity of his criminal convictions. He cannot do this in an action under § 1983. As the Court has told him previously, if he seeks to challenge his convictions, he must request the proper forms from the Clerk of Court for filing a petition for habeas corpus under 28 U.S.C. § 2254 and use them to file a habeas petition.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing seeking to amend his complaint in case 1:23CV143 or filing a habeas petition under § 2254 on the proper forms.

This, the 30th day of November, 2023.

/s/ Joe L. Webster
United States Magistrate Judge