IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS ANTONIO SATTERFIELD,    )
                               )
            Plaintiff,         )
                               )
      v.                       )     1:23-cv-1024
                               )
JAMES F. SEIFERT,              )
                               )
            Defendant.         )

## ORDER

On November 30, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's filing seeking to amend his complaint in case 1:23-cv-143 or filing a habeas petition under § 2254 on the proper forms.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of March, 2024.

                                            */s/ William L. Osteen, Jr.*
                                            United States District Judge